**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x

MARIA CHITE,

Plaintiff,

-against-

COSTCO WHOLESALE CORP.,

Defendant.

-----------------------------------------------------------x

25-CV-3456 (ALC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held an Initial Case Management Conference on Tuesday, July 28, 2026. As ordered at the conference, parties are directed to file joint status letters on the last business Friday of every month, beginning on August 28, 2026. If parties would like to discuss settlement, they may request a call in a joint status letter or file a letter motion seeking a settlement conference.

**SO ORDERED.**

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: July 29, 2026
New York, New York